516 A.2d 1187

**COMMONWEALTH of Pennsylvania**

v.

**Eric Jetson LYONS, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1986.

Decided Nov. 12, 1986.

Carmela R.M. Presogna, Assistant Public Defender, Erie, for appellant.

Michael J. Veshecco, Dist. Atty., Timothy J. Lucas, Asst. Dist. Atty., Erie, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., and ZAPPALA, J., dissent.